

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00236-CV

IN THE INTEREST OF P.J., A CHILD

§ On Appeal from the 16th District Court

§ of Denton County (22-1734-16)

§ March 13, 2025

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for a new trial.

It is further ordered that Appellee Father shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell